994 A.2d 1081

**FIZZANO BROTHERS CONCRETE PRODUCTS, INC.**

v.

**XLN, INC., Successor in Interest to System Development Group, Inc.**

v.

**Shore Consultants, Ltd., Gregg A. Montgomery, David Binder and XLNT Software Solutions, Inc.**

Petition of Fizzano Brothers Concrete Products, Inc.

Supreme Court of Pennsylvania.

May 19, 2010.

***ORDER***

PER CURIAM.

**AND NOW,** this 19th day of MAY, 2010, the Petition for Allowance of Appeal is **GRANTED** limited to the following issues:

1.   Does the *de facto* merger doctrine always require proof of continuity of ownership?

2.   Did the Superior Court improperly substitute its own fact-finding for that of the trial court?